**Donald W. GREEN, Plaintiff–Appellant,**

v.

**Donald Ray SHIVER; Jones County; Marlene Skiver; Jones–Onslow EMC; Larry Patrick, Defendants–Appellees.**

No. 03–1424.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 20, 2003.

Decided Aug. 28, 2003.

Donald W. Green, Appellant Pro Se. Mark Allen Davis, Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina; Cynthia Marie Currin, Crisp, Page & Currin, Raleigh, North Carolina, for Appellees.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald W. Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Green v. Shiver,* No. CA–02–92–4–H(3) (E.D.N.C. Mar. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*